E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

___Jose Enrique Nunez III___ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
)
___Derrick Fisher et al.___ )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

Page 1 of 11

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jose Enrique Nunez III
   All other names by which you have been known:
   ID Number: 2016-0705
   Current Institution: Berks County Jail System
   Address: 1287 County Welfare Road
   Leesport        PA        19533
   City            State     Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Derrick Fisher
   Job or Title (if known): Correctional Officer
   Shield Number: Unknown
   Employer: Berks County Jail System
   Address: 1287 County Welfare Road
   Leesport        PA        19533
   City            State     Zip Code
   [✓] Individual capacity    [ ] Official capacity

   Defendant No. 2
   Name: Jeremy Schoenor
   Job or Title (if known): Correctional Officer
   Shield Number: Unknown
   Employer: Berks County Jail System
   Address: 1287 County Welfare Road
   Leesport        PA        19533
   City            State     Zip Code
   [✓] Individual capacity    [ ] Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3
Name: Patrick Barrett
Job or Title (if known): Berks Criminal Proceeding(s) Judge
Shield Number: Unknown
Employer: Berks County, Pennsylvania Courthouse Judge Chamber
Address: 633 Court Street
Reading, PA 19601
City, State, Zip Code

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Craig Snyder
Job or Title (if known): Public Defender (Attorney)
Shield Number: Unknown
Employer: Berks County, Pennsylvania Courthouse Public Defender Office
Address: 633 Court Street
Reading, PA 19601
City, State, Zip Code

[ ] Individual capacity  [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Amendment, Fifth Amendment,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Portraying to being a local authority to act against and under statute, ordiance, regualations, customs, and usage violating my Rights of Freedom*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☒ Other *(explain)*    *unknown*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Berks County Criminal Proceeding(s) of the State of Pennsylvania EMPLOYED in the Criminal Justice System throughout my incarceration*

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Berks County Jail System - of the State of Pennsylvania throughout my incarceration*



E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C. What date and approximate time did the events giving rise to your claim(s) occur?

*Date & Time approximently unknown based on FRAUDLENT Charges allegation(s) but on the approximently*

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Throughout my Incarceration at Berks County I'm suffering through what's called " Berks Corruption ". In which all Defendants are part of. at a seventy-five percentage The Berks Corruption OGF is by the name of Michael Lee Roberts who is a Lieutenant of Berks County Jail System they say. OGF- Old God Father. While suffering from an overdose at Reading Hospital I was accused of assaulting an individual by the name Derrick FISHER which is NOT real and never occured as at the Fradulent hearing ( known to be Preliminary Hearing) in which I seen an individual portraying to be an District Attorney (DA) by the name of Kim MANDERBACH employed at Project Transition. As well as Kyle a Director employed at Project Transition who profrayed an acting local Detective. In which Jeremy Schoenor didn't TESTIFY during the Preliminary Hearing nor appeared. NOW constantly holding FRAUDLENT criminal prosecution hearings through and by Via Video Confrence which I'm assuming advantage has been taken in Full Power through "COVID-19" since the strickness with pandemic rules and regualations NOT holding Criminal Hearings in person at the Berks County Courthouse. Being secluded months and months in the Restricted Housing Unit (RHU). Witnesses are others who have expierenced Berks Corruption, as my Maxout date is August 19, 2021 anything after that I'm held. Kidnapped. Fraudlent Criminal Docket No. CP-08-CR-1518-2020.

*CP-09-CR-1518-2020*

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*Depression, "730" Diagnosis, Paranoia,*

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*Transfer me to another County institution, Bunk-in-junk Release from BCJS*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-23-2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Jose Enrique Nuñez Jr
Prison Identification #: 2016-0705
Prison Address: 1287 County Welfare Road
Leesport, PA 17533

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City   State   Zip Code

Telephone Number
E-mail Address

Page 11 of 11

Name: Jose E Nunez
BCP# 2016-0705
Housing Unit C-114
Berks County Jail System
1287 County Welfare Rd
Leesport, PA 19533-9397

HARRISBURG PA 171
14 MAY 2021 PM 1
FOREVER USA
Barn Swallow

U.S.M.
X-RAY

Kate Barkman
Clerk United District Court
For the Eastern District of Pennsylvania
Philadelphia PA 19106

19106399599